## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| ANA MEGAR, PHAYTHOUNE PHENGSOUVANAVONG, and RUBEN IRABURO, individually and On behalf of all others similarly situated | PLAINTIFFS |
| V.   CASE NO. 13-2169 | |
| O.K. FOODS, INC. and O.K. INDUSTRIES, INC. | DEFENDANTS |

### MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned counsel Don A. Smith and L. Dale Owens and move this Court for *pro hac vice* admission of L. Dale Owens and in support thereof would state as follows:

1. Don A. Smith is a member in good standing of the Bar of the Arkansas Supreme Court and of the United States District Courts of the Eastern and Western Districts of Arkansas.

2. Mr. Smith maintains an office within the State of Arkansas with which this Court and opposing counsel can readily communicate at:

   Smith, Cohen & Horan, PLC
   1206 Garrison Ave.
   Post Office Box 10205
   Fort Smith, AR 72917-0205

3. L. Dale Owens wishes to be admitted and Don A. Smith hereby moves for his admission, *pro hac vice*, for purposes of serving as co-counsel on behalf of the Defendants in the above-captioned case.

4. The undersigned, Don A. Smith represents that L. Dale Owens is personally known to him and is of good moral and professional character.

5. The undersigned L. Dale Owens states as follows:

**a.** My residence is:
  6245 Black Water Trail NW
  Atlanta, Georgia 30328

**b.** My office address is:
  1155 Peachtree Street
  Suite 1000
  Atlanta, Georgia 30309-3600

**c.** My e-mail address and telephone and fax numbers are:
  Email: owensd@jacksonlewis.com
  Telephone: (404) 525-8200
  Fax: (404) 525-1173

**d.** I am a 1978 graduate of the Emory University School of Law having been awarded a Juris Doctor.

**e.** I have no criminal record other than traffic violations.

**f.** I am duly admitted to practice and am a member in good standing of the bars of the following courts:

  United States Supreme Court
  Supreme Court of Georgia
  United States Court of Appeals, Fourth Circuit
  United States Court of Appeals, Seventh Circuit
  United States Court of Appeals, Eighth Circuit
  United States Court of Appeals, Ninth Circuit
  United States Court of Appeals, Eleventh Circuit
  United States Court of Appeals, D.C. Circuit
  United States District Court, Middle District of Georgia
  United States District Court, Northern District of Georgia
  United States District Court, Northern District of Illinois
  United States District Court, Northern District of Texas
  United States District Court, Eastern District of Wisconsin
  State Court of Georgia
  Georgia Court of Appeals

    **g.** A copy of a Certificate of Good Standing for the United States District Court, Northern District of Georgia, is attached hereto and marked as **Exhibit "A"**.

    **h.** I hereby designate Don A. Smith, a member of the bar of this Court with an office in the State of Arkansas, to serve as local counsel with whom the Court and opposing counsel may readily communicate.

    **i.** I have read the Local Rules of this Court, the Arkansas Rules of Professional Responsibility and the Uniform Federal Rules of Disciplinary Enforcement and affirm that I will adhere to and abide by these rules and will submit to the jurisdiction of this Court in matters of discipline.

6. The Local Federal Rules of Civil Procedure permit any attorney who is a member in good standing of the Bar of any United States District Court or the highest Court of any state in the United States to be permitted to appear and participate in a particular case upon motion, so long as the address and phone number of a lawyer who is a member of the Bar of the Supreme Court of Arkansas and the United States District Court for the Western District of Arkansas, in addition to maintaining an office in Arkansas is designated for purposes of communication with the court and opposing counsel is filed at the time of application. See Local Fed. R. Civ. P. 83.5.

7. Upon the motion of Don A. Smith, L. Dale Owens hereby requests Special, Limited and *pro hac vice* admission to the United Stated District Court for the Western District of Arkansas for the purpose of representing Defendants in the above captioned matter.

WHEREFORE, PREMISES CONSIDERED, Don A. Smith and L. Dale Owens seek for this Court to enter an Order allowing the admission of L. Dale Owens to appear as counsel for Defendants in this case, only.

Respectfully submitted this 9th day of November, 2015.

Respectfully submitted,
O.K. FOODS, INC.
O.K. INDUSTRIES, INC.

By: /s/ Don A. Smith
Don A. Smith, ABA#62026
Smith, Cohen & Horan, PLC
1206 Garrison Ave.
Post Office Box 10205
Fort Smith, AR 72917-0205
Phone: (479) 782-1001
Fax: (479) 782-1279

D. Christopher Lauderdale
(*admitted pro hac vice*)
South Carolina Bar No. 064221
JACKSON LEWIS, LLP
One Liberty Square 55 Beattie Place,
Suite 800
Greenville, SC 29601
Phone: (864) 232-7000
Fax: (864) 235-1381

Eric R. Magnus (*admitted pro hac vice*)
Georgia Bar No. 801405
JACKSON LEWIS, LLP
1155 Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309-3600
Phone: (404) 525-8200
Fax: (404) 525-1173
magnuse@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using ECF which will send notification of such filing to the following, on this 9th day of November, 2015.

| | | |
|---|---|---|
| Stephen Sharum<br>SHARUM LAW FIRM<br>P.O. Box 1951<br>Fort Smith, AR 72902<br>stevesharum@ao.com | Gary Udouj<br>5 Court Street<br>P.O. Box 2102<br>Fort Smith, AR 72902<br>gudo@cei.net | John T. Holleman<br>Maryna O. Jackson<br>Timothy A. Steadman<br>HOLLEMAN & ASSOCIATES, P.A.<br>1008 West Second St.<br>Little Rock, AR 72201<br>jhollerman@jhollerman.net |

/s/ Don A. Smith
Don A. Smith