# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **LAWRENCE DALE OWENS, State Bar No. 557482,** was duly admitted to practice in said Court on October 22, 1981, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 6th day of November, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: _Anniva Renick_
Anniva Renick
Deputy Clerk