IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ANA MELGAR; PHAYTHOUNE PHENGSOUVANAVONG; and RUBEN IRABURO | | PLAINTIFFS |
| v. | No. 2:13-CV-02169 | |
| OK FOODS; and OK INDUSTRIES, INC. | | DEFENDANTS |

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to consider any petition for an award of fees and costs.

IT IS SO ADJUDGED this 27th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE