IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANA MELGAR, PHAYTHOUNE
PHENGSOUVANAVONG, AND
RUBEN IRABURO, individually and
on behalf of all others similarly situated                                                    PLAINTIFFS

v.                              Case No. 2:13-cv-02169

O.K. FOODS, INC. and
O.K. INDUSTRIES, INC.                                                                       DEFENDANTS

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Plaintiffs Ana Melgar, et al., move this court to order payment of the agreed-upon attorneys' fees, costs, and expenses, and state as follows:

1. The parties entered into a confidential settlement agreement to resolve this matter. As part of the settlement, Defendants agreed to pay each Plaintiff a certain sum of money identified in the agreement and to pay Plaintiffs' counsel for costs, expenses, and attorneys' fees.

2. This Court previously found that the amounts to be paid to Plaintiffs under the settlement agreement were fair and reasonable. The Court, however, required Plaintiffs to separately petition for attorneys' fees, costs, and expenses because the previous filings did not contain enough information to determine whether the agreed upon fees, costs, and expenses were reasonable. (Doc. 225, at *3). Plaintiffs file this motion to provide the Court with further information regarding the time spent and costs expended in the litigation.

3. In conjunction with FLSA settlements, courts review the agreed-upon attorneys' fee amount "to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009). Here, the parties agreed on a reasonable sum given the uncertainties of what the Court might have awarded on a contested petition. No conflict of interest tainted the amount that Plaintiffs recovered because the amounts exceeded what they could have received at trial. The Court should order payment of the agreed-upon amount.

4. The facts and law supporting this motion are set forth more fully in the accompanying brief in support, which is incorporated herein by reference.

5. Plaintiffs also incorporate the three confidential settlement agreements and release of claims that were filed under seal by the Court. (Doc. 224).

6. In support of this motion, Plaintiffs attach the following Exhibits:

Ex. A. John Holleman Declaration

Ex. B. Steve Sharum Affidavit

Ex. C. Gary Udouj Declaration

**WHEREFORE**, Plaintiffs pray that this Court grant their Motion and order payment of the agreed-upon attorneys' fees, costs, and expenses.

Respectfully submitted,

By: */s/ John Holleman*
John Holleman, ABN 91056
jholleman@johnholleman.net
Timothy A. Steadman, ABN 2009113
tim@johnholleman.net
HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, AR 72201
Telephone: (501) 975-5040
Facsimile: (501) 975-5043

&

Stephen Sharum - AR Bar #73107
SHARUM LAW FIRM
19 Court Street
Fort Smith, Arkansas 72902
Tel. 479.785.0123
Fax 479.782.8445

&

Gary Udouj - AR Bar #84151
GARY W. UDOUJ, P.A.
5 Court Street
P.O. Box 2102
Fort Smith, Arkansas 72902
Tel. 479.782.5400
Fax 479.782.8445

## CERTIFICATE OF SERVICE

     I, John Holleman, hereby certify that a true and correct copy of the foregoing document was filed on March 13, 2017, and that the foregoing shall send notification of such filing to all counsel of record.

                                                    By:    */s/ John Holleman*
                                                                  John Holleman