IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANA MELGAR, PHAYTHOUNE
PHENGSOUVANAVONG, and
RUBEN IRABURO                                         PLAINTIFFS

v.                         Case No. 2:13-cv-02169

O.K. FOODS, INC. and
O.K. INDUSTRIES, INC.                                 DEFENDANTS

### AFFIDAVIT OF STEPHEN M. SHARUM

I, Stephen M. Sharum, having been duly sworn, do state under oath the following:

1. I am a licensed practicing attorney in Arkansas, bar # 73107, and have practiced in Fort Smith, Arkansas, since August 1973. I am admitted to practice in Arkansas by the Arkansas Supreme Court since August 1973, the Eastern and Western Divisions of the United States District Court since September 1973, the Eighth Circuit Court of Appeals since December 1973 and United States Supreme Court since September 1976. In my career, I was elected by my peers to serve as President of the Sebastian County Bar Association in 1990, I have been a fellow with the Arkansas Bar Foundation since 1989, President in 1994 to 1995, member of the Arkansas Bar Association since 1973, served on the House of Delegates 1988 to 1991, Chair of the House Committee, 1996, 1998, 1999. Attached as **Exhibit A** to this Affidavit is Biographical Information for other information during my practice of law.

2. My hourly rate for professional services varies according to the nature of the



case and the client. Many of the cases I handle are on a contingent fee basis. When this case began in 2013, my customary fee for routine matters and office work drafting agreements, handling correspondence, and trial work, I charged $200.00 per hour. This hourly rate has been the same since 2000. I am familiar with the customary hourly rates in this area and my hourly rate is lower than most of my peers. Since 2012 there has been cases that have been billed at the rate of $250.00 per hour based on special circumstances.

I am familiar with attorneys who charged $250 an hour for special areas of the law in the Western District of Arkansas since 2010. I am also familiar with attorneys who have charged and have been granted enhanced hourly rates because of the nature and extent of work involved in cases where approval of attorney fees have been submitted.

3.  Attached to this affidavit is the billing statement prepared by myself. This is a record of the time and costs I spent in this matter. These records are from my file and notes of the time involved. This is attached as **Exhibit "B"** to this affidavit.

4.  It is my professional opinion that the time and effort expended in this case was reasonable and necessary to represent the plaintiffs in their wage and hour claim.

5.  A local bankruptcy judge has approved a hourly rate for attorney fees in the amount of $550.00 per hour to Mr. George H. Tarpley, of Cox, Smith & Mathews on June 23, 2009 in a case involving the Heidtman Mining, LLC bankruptcy case USBC WD AR #09-72912. A recent fee award allowed $575.00 per hour in an ERISA case in California - Lenai Mull et al. vs. Motion Picture Industry Health Plan et al USDC CD Calf., case # LA CV 12-06693-VBF. The hourly rate for John Holleman and Tim

2

Steadman for their knowledge and expertise in class action litigation and wage and hour law should be enhanced by the court in a sum greater than $300.00 per hour.

6. This attorney believes the award of the court of the agreed upon fee with the defendant and their attorneys is appropriate in this case.

END OF AFFIDAVIT.

_____
Stephen M. Sharum

STATE OF ARKANSAS

COUNTY OF SEBASTIAN

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this 6th day of March, 2017.

DREW HARMON
MY COMMISSION # 12361724
EXPIRES: August 27, 2017
Sebastian County

_____
NOTARY PUBLIC

## STEPHEN M. SHARUM
*Attorney at Law and Trial Attorney*

Office: (479) 785-0123
Fax: (479) 785-4518
E-Mail: stevesharum@aol.com

19 Court Street (72901)
P.O. Box 1951 (72902-1951)
Fort Smith, AR

### STEPHEN M. SHARUM BIOGRAPHICAL INFORMATION

EDUCATION. Bachelor of Science, Business Administration, University of Arkansas, 1970, major, insurance & real estate; Member Delta Sigma Pi Business Fraternity. Juris Doctor, University of Arkansas, 1973.

MILITARY. Honorable Discharge, 1973, US Air Force, Air National Guard.

ADMISSIONS. ▪Admitted to Arkansas Supreme Court Bar August, 1973; ▪Admitted to United States District Court for the Western District of Arkansas, September, 1973; ▪Eighth Circuit Court of Appeals, December, 1973; ▪United States Supreme Court September, 1976.

MEMBER: ▪Arkansas Bar Association since 1973, House of Delegates 1988 to 1991, Chair of House Committee, 1996, 1998, & 1999; ▪American Association for Justice since 1978; ▪Arkansas Bar Foundation, Fellow since 1989, Board of Directors 1991 to 1994, President 1994-95, Trust Committee 1996-97 & 2011 - 2013, Special Projects Chair 1996-97 & Member 2011-2013, Planning & Design Committee 2000-01; ▪Arkansas Trial Lawyers Association, since 1994; ▪Sebastian County Bar Association, since 1973, President 1990-1991; ▪W.B. Putman American Inns of Court, Master, since 1999; ▪Sebastian County Law Library Board 1977 to 1982, Chairman 1979-80; ▪Volunteer Attorney Project, Board of Directors, 1992-1995; ▪River Valley Volunteer Attorney Project, Attorney of the Year 2008.

COMMUNITY SERVICE: ▪Independent Living, Inc., Board of Directors 1975 to 1979, President 1979; ▪Bost Human Development Services, Board of Directors 1979 to 1982, President 1981-82; ▪First Municipal Judge for the City of Barling Arkansas, 1976 to 1981; ▪1978 received the "HUMAN SERVICES AWARD" by the Arkansas Association of Mentally Disabled Persons; ▪Sparks Regional Medical Center, Board of Advisory Trustees; ▪Trinity Junior High School Board; ▪Christ the King Catholic Church, Parish Council 1997-2000, President 2000, Home School Association, President 1984-85, School Board, President 1986-87 ▪"Spirit of the Frontier" award City of Fort Smith December 2010.

EMPLOYMENT: Sebastian County Deputy Public Defender, 1973-74; Private practice of law, January, 1974, at 19 Court Street since May 1975.

Civil Trial Practice Personal Injury Litigation and Workers Compensation Claims.

March 2017

**Exhibit "A" to Affidavit**

Stephen M. Sharum
Attorney at Law
P.O. Box 1951
Fort Smith, AR 72902-1951
479-785-0123

Invoice submitted to:
Ruben C. Iraburo
3610 Ridgeway Drive
Fort Smith, AR 72904

March 06, 2017

In Reference To: Ana Melgar/Ruben Iraburo, et al. vs. O.K. Foods, Inc. and O.K. Industries, Inc.

Estimated time on behalf of Ruben Iraburo for wage & hour claim: April 2013 review workers compensation file for wage and hour documents; conference with client on wage & hour claim; review and provide personnel file of Ruben Iraburo from WCC file; reviewed and organized 226 file marked pleadings; attended hearings on motions and settlement conferences scheduled by court; reviewed and organized bate stamped documents for trial containing 1697 pages; attended depositions of three plaintiffs; office conference with client Ruben Iraburo with interpreter in preparation for deposition; attended meeting for class and potential class members June 23, 2013 at Lao Buddhist Activity Center arranged by former client. Estimated time on case on behalf of Ruben Iraburo is 75 hours.

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/30/2013 | Check 14671 Denora Coomer, Sebastian County Circuit Clerk, for Filing Fee | 165.00 |
|  | Check 14673 William Hollenbeck, Sebastian County Sheriff, for Service Fee on O.K. Foods, Inc. | 50.00 |
| 6/3/2013 | Check 14675 Stephen Sharum to Reimburse for Lunch with Tim and Paige from John Holleman's office and Gary Udouj | 31.00 |
| 6/21/2013 | Check 14688 Khamdeng Sengmanivong for Refreshments for June 23, 2013 Meeting at Lao Buddhist Activity Center | 200.00 |
| 6/25/2013 | Check 14692 Stephen Sharum for Expense Reimbursement for Client Meeting on Sunday, June 23, 2013, for help at table | 100.00 |
| 8/7/2013 | Check 14718 John Holleman & Associates, PA for Costs | 39.70 |
| 10/17/2013 | Check 14764 Pacer Service Center for Iraburo v. OK Foods Documents | 28.70 |

Exhibit "B" to Affidavit

Ruben C. Iraburo                                                                                         Page 2

|            |                                                                                                | Amount    |
|------------|------------------------------------------------------------------------------------------------|-----------|
| 5/12/2015  | Check 15113 John Holleman & Associates, PA for Mailing Cost                                    | 5,818.25  |
| 9/1/2015   | Check 15188 John Holleman, for Expenses for Iraburo v. OK Foods, Per August 27, 2015 Invoice   | 1,777.65  |
|            | Total additional charges                                                                       | $8,210.30 |
|            | Balance due                                                                                    | $8,210.30 |