IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANA MELGAR, PHAYTHOUNE
PHENGSOUVANAVONG, AND
RUBEN IRABURO, individually and
on behalf of all others similarly situated     PLAINTIFFS

v.    Case No. 2:13-cv-02169

O.K. FOODS, INC. and
O.K. INDUSTRIES, INC.   DEFENDANTS

## GARY UDOUJ DECLARATION

- I am submitting this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Expenses.

- Biographical background attached.

- In federal cases, my hourly rate is $250.00 per hour.

- I have attached a copy of my billing records for this matter from June 1, 2013, until September 4, 2014. During that time, I recorded 109.5 hours on the case.

- Although I continued working on the case after September 4, 2014, I stopped keeping track of my time. I have also since retired from the practice of law and no longer have access to my timekeeping software.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2017.

_____
Gary W. Udouj

EXHIBIT C

## GARY W. UDOUJ P.A.

5 COURT STREET
P.O. BOX 2102
FORT SMITH, ARKANSAS 72902
Telephone: 479-782-5400
Fax: 479-782-8445
Email: gudo@fs.cei.net

Employment Law, Personal Injury, Insurance Matters, Estate Matters, ERISA, Workers Compensation, Labor and Employment, Nursing Home.

**FIRM PROFILE:** Following three years with a prominent plaintiff's personal injury firm in Winter Park, Florida, ten years as Executive Director of a multi-county Legal Services project in Central Florida, and twelve years of practice in Fort Smith as a partner with Warner, Smith & Harris, in 1996 Gary W. Udouj established his present practice, which is devoted to litigation in the state and federal courts. Clients range from individuals, corporate defendants, and public agencies.

**GARY W. UDOUJ,** born Fort Smith, Arkansas, November 6, 1945; admitted to bar, 1971, Florida; 1984, Arkansas, U.S. Court of Appeals, Fifth, Eighth and Eleventh Circuits and U.S. Supreme Court. *Education:* St. Louis University (B.A., 1967); Stetson University (J.D., 1971). National Institute for Trial Advocacy. Director: Orange County Legal Aid, Florida, 1974-1977; Greater Orlando Area Legal Services, Florida, 1977-1984. Chairman, Volunteer Attorney Project, 1989-1997. Member, Ombudsman Committee, District Seven Nursing Home, Florida Gubernatorial Appointment, 1980-1982. Sebastian County Law Library Board, 1998—. Certified Attorney ad Litem, Arkansas.*Member:* Sebastian County and Arkansas Bar Associations; Arkansas Trial Lawyers Association. *REPORTED CASES:* House v. The Paul Revere Life Ins. Co., 41 7.3rd 1045 (8th Cir. 2001); Griffin v. Jim Jamison, Inc., 188 F. 3d 996 (8th Cir. 1999); Davis v. Dillmeier Enterprises, Inc., 330 Ark. 545 (1997); LeClaire v. Commercial Siding & Maint. Co., 308 Ark. 580 (1992); Gerber Products v. McDonald, 15 Ark. App. 226 (1985); The Florida Bar, 432 So. 2d 39 (Fla. 1983); In Re Canada, 384 So. 2d 1356 (Fla. App. 5 Dist. 1980): Sorensen/Fletcher Constr. Co. V. Grasso, 319 So. 2d 194 (Fla. App. 4 Dist. 1975); Hood v. Gen. Motors Acceptance Corp., 275 So. 2d 265 (Fla. App. 4 Dist. 1973); Davidson v. Sage, 272 So. 2d 220 (Fla. App. 4 Dist. 1973); Tillman v. Baskin, 260 So. 2d 509 (Fla. 1972). *PRACTICE AREAS:* Personal Injury; Employment Law; Insurance; Estate Litigation; ERISA; Workers Compensation; Family and Medical Leave Act; Nursing Home Litigation. *Email:* gudo@cei.net

Law Offices of Gary W. Udouj
#5 Court Street
P.O. Box 2102
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

| BILL TO |
|---|
| OK Industries |

| MATTER |
|---|
| Wage and Hour Claim |

TERMS

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 06/01/13 | Factual investigation re aerial view Fort Smith, Muldrow plants | 0.5 | 0.00 | 0.00 |
| | Factual investigation re video investigation, Deloris Colbert 3 hr. video | 3 | 0.00 | 0.00 |
| 06/05/13 | Prepare and mail Colbert interview, transfer DVD | 0.3 | 0.00 | 0.00 |
| | Prepare list Spanish/Laotian clients for notice | 0.5 | 0.00 | 0.00 |
| | Review case files for interpreters, etc., send e-mail to Khamdeng, letters to Luisa King and Gloria Solano; e-mail to Sunny | 1 | 0.00 | 0.00 |
| 06/09/13 | Telephone call to Sommay, supervisor OK Foods | 0.3 | 0.00 | 0.00 |
| 06/09/13 | Telephone call to Khamdeng - re meeting | 1 | 0.00 | 0.00 |
| 06/10/13 | Telephone conference with Dale Dawson - former employee | 0.5 | 0.00 | 0.00 |
| 06/11/13 | Telephone call to Deb Holleman - HR former employee | 0.5 | 0.00 | 0.00 |
| 06/18/13 | Letter to Ana Melgar and Phaythoune re meeting | 0.2 | 0.00 | 0.00 |
| 06/23/13 | Legal research re wage cases Jones/Lewis for 2013 | 1 | 0.00 | 0.00 |
| | Prepare for Lao meeting | 1 | 0.00 | 0.00 |
| | Attend Lao meeting | 3.5 | 0.00 | 0.00 |
| | Letter to T. Steadman re 3 contacts from Lao meeting | 0.2 | 0.00 | 0.00 |
| 06/24/13 | Conference with Steve re client notice; Hispanic member class | 0.3 | 0.00 | 0.00 |
| | Telephone conference with L. Page re black contact | 1 | 0.00 | 0.00 |
| | Letter to Khamdeng re meeting | 0.2 | 0.00 | 0.00 |
| 06/25/13 | e-mail to Holleman re union cards | 0.2 | 0.00 | 0.00 |
| 06/26/13 | Telephone conference T. Steadman, Steve, calculate damage estimate | 1 | 0.00 | 0.00 |
| 06/27/13 | Office conference with new client interview | 1 | 0.00 | 0.00 |
| 06/30/13 | Expense: Photocopies | 80 | 0.35 | 28.00 |
| | Expense: postage | | 4.96 | 4.96 |
| 07/01/13 | Prepare and file notice of appearance | 0.5 | 0.00 | 0.00 |
| 07/02/13 | Walk-in, questions about lawsuit, take to Steve's office - paralegal | 0.5 | 0.00 | 0.00 |
| 07/09/13 | Obtain contract, questionnaire; email to Tina @ Hollman; Perez - paralegal | 0.5 | 0.00 | 0.00 |

Total

Page 2

Law Offices of Gary W. Udouj  
#5 Court Street  
P.O. Box 2102  
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

| BILL TO |
|---|
| OK Industries |

| MATTER |
|---|
| Wage and Hour Claim |

TERMS

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 07/10/13 | Obtain contract, questionnaire; email to Tina @ Holleman; Mayorga - paralegal | 0.5 | 0.00 | 0.00 |
| 07/12/13 | Research worker classes, poultry articles, ERISA plan OK Foods | 1.5 | 0.00 | 0.00 |
|  | Conference with Tim, Steve re removal | 1 | 0.00 | 0.00 |
| 07/17/13 | Conference with two new plaintiffs, prepare memo, send contract questionnaires to Tina, along with 3rd plaintiff's - Krecker, Lopez, Gonzelez | 1.5 | 0.00 | 0.00 |
| 07/26/13 | Travel county clerk; review voting records, propery records, aerial OK Foods | 2 | 0.00 | 0.00 |
| 07/30/13 | Conference with plaintiff Chapple, prepare memo, send contract questionnaire to Tina | 1 | 0.00 | 0.00 |
| 07/31/13 | Conference with plaintiffs Tomas Flores and Zoila Flores - contract and questionnaires to Tina | 1 | 0.00 | 0.00 |
| July, 2013 | Review removal brief, reply, motion | 1 | 0.00 | 0.00 |
|  | Review remand brief, motion | 0.5 | 0.00 | 0.00 |
|  | Review motion dismiss, reply motion dismiss | 1 | 0.00 | 0.00 |
| 08/01/13 | Legal research re wage hour case/Pilgrims Pride overtime back wages | 1 | 0.00 | 0.00 |
|  | Legal research re wage hour Tyson | 1 | 0.00 | 0.00 |
| 08/04/13 | Conference with Yolanda Dewhart | 0.8 | 0.00 | 0.00 |
|  | Conference with Marquita Parker | 0.8 | 0.00 | 0.00 |
|  | Research Adair v. Conbgra | 0.5 | 0.00 | 0.00 |
|  | Research IBPU Alverez | 0.5 | 0.00 | 0.00 |
| 08/05/13 | Telephone conference Steve, Tim cty records, format, voting records | 0.3 | 0.00 | 0.00 |
| 08/08/13 | Legal research re Rule 23 class actions | 1 | 0.00 | 0.00 |
|  | Legal research re 8th cir Lucas et al v Jerusalem Cafe wages | 0.5 | 0.00 | 0.00 |
| 08/09/13 | Conference with Phay Thoune Phensouvanavong re wage info basis | 0.4 | 0.00 | 0.00 |
| 08/12/13 | Legal research re Accurint US v Willis | 1 | 0.00 | 0.00 |

Total

Law Offices of Gary W. Udouj

#5 Court Street
P.O. Box 2102
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

| BILL TO | MATTER |
|---|---|
| OK Industries | Wage and Hour Claim |

| TERMS |
|---|
|  |

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
|  | Legal research re 2010 developments Class Action Fairness Act, 18 pg | 1.5 | 0.00 | 0.00 |
|  | Legal research re federal proc class action | 0.5 | 0.00 | 0.00 |
|  | Analysis and evaluation of Def brief remand/rev anlaysis | 3 | 0.00 | 0.00 |
| 08/13/13 | Legal research re local contro/ exceptions/cases/law rev | 1 | 0.00 | 0.00 |
|  | Convert PDF/Excell attempts | 1 | 0.00 | 0.00 |
|  | Telephone conference Tim/Steve remand response exhibit | 1 | 0.00 | 0.00 |
| 08/18/13 | Legal research re 170 Moore's Fed Proc Civil Part IV and exception - burden citizenship | 0.5 | 0.00 | 0.00 |
|  | Review/analysis gilardi/Accurrent other cases involving | 0.5 | 0.00 | 0.00 |
| 08/19/13 | Legal research re 8th cir Westerfield/other 8th cir cases | 0.5 | 0.00 | 0.00 |
|  | Review/analysis Sprint Nextel | 0.5 | 0.00 | 0.00 |
| 08/20/13 | Review/analysis Pl reply def opp to remand for sur reply | 1.5 | 0.00 | 0.00 |
|  | Review/analysis Sprint Nextel Wiggins Hollinger | 1 | 0.00 | 0.00 |
|  | Legal research re Fed rules - prepondernace std | 0.5 | 0.00 | 0.00 |
|  | Legal research re class action/consumer re remand re preponderance std | 1.5 | 0.00 | 0.00 |
| 08/26/13 | Legal research re ----for burden Miss law review | 0.5 | 0.00 | 0.00 |
|  | Legal research re Andrew litigates, reporter class action/burden Cofa | 0.5 | 0.00 | 0.00 |
|  | Legal research re class alert 6.27.13 | 0.5 | 0.00 | 0.00 |
|  | Legal research re Harvard law Cofa | 0.5 | 0.00 | 0.00 |
|  | Review/analysis Def Sur Reply to motion for remand | 1 | 0.00 | 0.00 |
|  | Legal research re Harvard Law Rev | 1 | 0.00 | 0.00 |
| 08/27/13 | Legal research re class lit reporter | 0.5 | 0.00 | 0.00 |
|  | Legal research re evolving burden | 0.5 | 0.00 | 0.00 |
|  | Legal research re ABA class action 2010 conf cases | 0.5 | 0.00 | 0.00 |
| 08/02/13 | 20% of Holleman expenses through July, 2013 |  | 585.70 | 585.70 |
| 08/29/13 | Telephone conference with Mai Le Nguyen, interpreter services when needed | 0.3 | 0.00 | 0.00 |
| 11/01/13 | Office conference with Franciso Flores; sign up | 0.8 | 0.00 | 0.00 |
|  | E-mail Flores contract, questionnaire to Tina - paralegal | 0.2 | 0.00 | 0.00 |

**Total**

Page 4

Law Offices of Gary W. Udouj

#5 Court Street
P.O. Box 2102
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

| BILL TO |
|---|
| OK Industries |

| MATTER |
|---|
| Wage and Hour Claim |

TERMS

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 11/04/13 | Office conference with Franciso Navarrete; sign up | 1 | 0.00 | 0.00 |
| | Prepare memo to counsel re employment contracts | 0.4 | 0.00 | 0.00 |
| | Prepare memo re Navarrete; email contract to Tina | 0.5 | 0.00 | 0.00 |
| 12/03/13 | Prepare discovery in Phensouvanavong; underlying documents computation | 4 | 0.00 | 0.00 |
| | e-mail Holleman et all | 0.2 | 0.00 | 0.00 |
| 02/01/14 | Review DOL FLSA letter to clients | 0.3 | 0.00 | 0.00 |
| | Prepare email to Holleman et al | 0.2 | 0.00 | 0.00 |
| 02/03/14 | Review Holleman emails re DOL letter | 0.2 | 0.00 | 0.00 |
| | Telephone call to Lao interpreter, arrange translation document 1 | 0.3 | 0.00 | 0.00 |
| | Telephone call to Lao interpreter arrange translation document 2, case status. | 0.3 | 0.00 | 0.00 |
| 2/05/14 | Prepare/review e-mail Lao interpreter corrections, document 2; pay invoice | 0.1 | 0.00 | 0.00 |
| | Lao translation fee | | 250.00 | 250.00 |
| 04/01/14 | Conference with A. Melgar; status Consent to Join; review Dawson order, FLSA related emails, Tim S. | 1 | 0.00 | 0.00 |
| 04/03/14 | Prepare/review e-mail John Holleman re consent, order, status | 0.3 | 0.00 | 0.00 |
| | Telephone call to Steve Sharum re consent form distribution | 0.2 | 0.00 | 0.00 |
| 04/08/14 | Review/analysis motion to amend | 0.1 | 0.00 | 0.00 |
| 04/09/14 | Conference with Steve, re plan Saturday event Buddhist Temple | 0.5 | 0.00 | 0.00 |
| | Prepare/review e-mail Tina, consent list | 0.2 | 0.00 | 0.00 |
| 04/10/14 | Organize filed pleadings, print exhibits; organize Plaintiff consent file - paralegal | 4.5 | 0.00 | 0.00 |
| 04/11/14 | Prepare for Lao Temple meetings | 1.8 | 0.00 | 0.00 |
| | Prepare packets for Lao Temple meeting - paralegal | 3.5 | 0.00 | 0.00 |
| 04/12/14 | Lao consent sign ups - Temple | 4 | 0.00 | 0.00 |
| 04/14/14 | Interview Irene Tejada, statement | 1.5 | 0.00 | 0.00 |
| 04/15/14 | Contract and memo to Tina - paralegal | 0.2 | 0.00 | 0.00 |

**Total**

Law Offices of Gary W. Udouj  
#5 Court Street  
P.O. Box 2102  
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

| BILL TO |
|---|
| OK Industries |

| MATTER |
|---|
| Wage and Hour Claim |

| TERMS |
|---|
|  |

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| 04/23/14 | Send contracts to Tina not on list; call three plaintiffs who have not signed consents; send out 8 consents - paralegal | 2.5 | 0.00 | 0.00 |
| 04/30/14 | Expense: photocopies | 817 | 0.35 | 285.95 |
|  | Posters of Lao New Year event |  | 123.47 | 123.47 |
|  | Posters for Hispanic meeting |  | 50.13 | 50.13 |
| 05/02/14 | e-mail consent to Tina - paralegal | 0.2 | 0.00 | 0.00 |
| 05/05/14 | e-mail consent to Tina - paralegal | 0.2 | 0.00 | 0.00 |
| 05/14/14 | Telephone conference Maria Zopata - Hispanic meeting re consent/investigation | 1.2 | 0.00 | 0.00 |
|  | Prepare exhibit for Hispanic meeting; Hobby Lobby, Quickprint | 1 | 0.00 | 0.00 |
| 05/19/14 | e-mail consent to Tina - paralegal | 0.2 | 0.00 | 0.00 |
|  | Expense: Postage (consents) |  | 6.86 | 6.86 |
|  | Expense: Photocopies (Hispanic) | 110 | 0.35 | 38.50 |
| 06/03/14 | Mail consent to Aundra Gaynor per his phone call - paralegal | 0.2 | 0.00 | 0.00 |
| 06/10/14 | Prepare summary of Requests and Interrogatories - paralegal | 0.4 | 0.00 | 0.00 |
| 06/16/14 | Letter to Plaintiffs Melgar & Phensouvanavong | 0.2 | 0.00 | 0.00 |
| 06/20/14 | Conference with Phaythoune Pengsouvanavong re discovery responses | 3 | 0.00 | 0.00 |
|  | Conference with Ana Melgar re discovery responses | 3.5 | 0.00 | 0.00 |
| 06/21/14 | Prepare discovery responses for Phaythoune; review handbook and personnel policies | 4 | 0.00 | 0.00 |
| 06/26/14 | e-mail cosent to Holleman firm - paralegal | 0.2 | 0.00 | 0.00 |
|  | Expense: postage |  | 1.40 | 1.40 |
|  | Expense: photocopies | 136 | 0.35 | 47.60 |
| 07/18/14 | Ana Melgar, depo preparation review | 3 | 0.00 | 0.00 |
|  | Telephone call, Phaythoune re depo dates, interpreter | 0.2 | 0.00 | 0.00 |
|  | Review/analysis Holleman responses to interrogatories and requests for production | 1 | 0.00 | 0.00 |
| 07/22/14 | Preparation interview for depo with Phaythoune and Khamdeng | 2 | 0.00 | 0.00 |
| 07/24/14 | e-mails to/from perspective Lao interpreter | 0.3 | 0.00 | 0.00 |

**Total**

Law Offices of Gary W. Udouj

#5 Court Street
P.O. Box 2102
Fort Smith, AR 72902-2102

# INVOICE

| DATE | STATEMENT |
|---|---|
| 6/4/2013 | 4741 |

**BILL TO**
OK Industries

**MATTER**
Wage and Hour Claim

**TERMS**

| DATE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|
| | Review Phyahtoune time, payroll recores, unemployment records for depo | 0.8 | 0.00 | 0.00 |
| 07/28/14 | Prepare Phaythoune with interpreter for depo | 2 | 0.00 | 0.00 |
| 08/01/14 | Expense: photocopies | 84 | 0.35 | 29.40 |
| 08/21/14 | Review/analysis affidavits from OK | 1 | 0.00 | 0.00 |
| | Prepare/review e-mail investigation; Lao affidavits to Khampane, Khamdeng | 0.5 | 0.00 | 0.00 |
| 09/03/14 | Review/analysis discovery response exhibits to our wcomp file responses - paralegal | 2.5 | 0.00 | 0.00 |
| 09/04/14 | Review/analysis discovery response exhibits to our wcomp file responses - paralegal | 1.5 | 0.00 | 0.00 |
| | Expense: photocopies, discovery responses | 232 | 0.35 | 81.20 |
| | Expense: photocopies | 151 | 0.35 | 52.85 |

109.5 hours
x $250 =

$27,375.00

**Total** $1,627.32