IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANA MELGAR, PHAYTHOUNE
PHENGSOUVANAVONG, AND
RUBEN IRABURO, individually and
on behalf of all others similarly situated                                  PLAINTIFFS

v.                       Case No. 2:13-cv-02169

O.K. FOODS, INC. and
O.K. INDUSTRIES, INC.                                                      DEFENDANTS

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order entered July 20, 2017, granting in part and denying in part Plaintiffs' motion for attorneys' fees. (Doc. 229).

                Respectfully submitted,

          By:  */s/ Timothy A. Steadman*
            John Holleman - AR Bar #91056
            jholleman@johnholleman.net
            Timothy A. Steadman – AR Bar #2009113
            tim@johnholleman.net
            HOLLEMAN & ASSOCIATES, P.A.
            1008 West Second Street
            Little Rock, Arkansas 72201
            Tel. 501.975.5040
            Fax 501.975.5043

## CERTIFICATE OF SERVICE

      I, Timothy A. Steadman, certify that a true and accurate copy of the foregoing document was filed on July 25, 2017, through the CM/ECF system, which will send notification to all counsel of record.

                                              /s/ *Timothy A. Steadman*
                                              Timothy A. Steadman