UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ANA MELGAR; PHAYTHOUNE PHENGSOUVANAVONG; and RUBEN IRABURO | | PLAINTIFFS |
| v. | No. 2:13-CV-02169 | |
| OK FOODS; and OK INDUSTRIES, INC. | | DEFENDANTS |

# ORDER

For the reasons set forth in the opinion (Doc. 235-1) of the Eighth Circuit Court of Appeals, and pursuant to the settlement agreement entered into by the parties, Plaintiffs are awarded $87,500.00 in attorney's fees.

IT IS SO ORDERED this 19th day of September, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE